**EXHIBIT A TO SENTENCING MEMORANDUM**

| Geographic Area | Rate per 100,000 inhabitants for murder and non-negligent manslaughter |
|---|---|
| Alabama | 7.2 |
| Alaska | 8.0 |
| Arizona | 4.5 |
| Arkansas | 6.1 |
| California | 4.8 |
| Colorado | 3.2 |
| Connecticut | 3.3 |
| Delaware | 6.7 |
| District of Columbia | 24.1 (162 murders) |
| Florida | 5.1 |
| Georgia | 6.0 |
| Hawaii | 1.3 |
| Idaho | 1.9 |
| Illinois | 5.8 |
| Indiana | 5.6 |
| Iowa | 2.3 |
| Kansas | 4.4 |
| Kentucky | 4.7 |
| Louisiana | 10.3 |
| Maine | 1.7 |
| Maryland | 8.6 |
| Massachusetts | 1.9 |
| Michigan | 5.8 |
| Minnesota | 2.4 |
| Mississippi | 8.7 |
| Missouri | 8.3 |
| Montana | 3.5 |
| Nebraska | 3.3 |
| Nevada | 6.2 |
| New Hampshire | 1.1 |
| New Jersey | 4.1 |
| New Mexico | 5.6 |
| New York | 3.1 |
| North Carolina | 5.1 |
| North Dakota | 2.8 |
| Ohio | 4.3 |
| Oklahoma | 6.0 |
| Oregon | 2.5 |
| Pennsylvania | 5.1 |
| Puerto Rico | 16.8 (584 murders) |
| Rhode Island | 2.7 |
| South Carolina | 8.1 |
| South Dakota | 3.7 |
| Tennessee | 6.2 |

| | |
|---|---|
| Texas | 4.8 |
| Utah | 1.8 |
| Vermont | 1.6 |
| Virginia | 4.6 |
| Washington | 2.9 |
| West Virginia | 3.8 |
| Wisconsin | 4.2 |
| Wyoming | 2.7 |
| *National Average* | *5.2* |

*SOURCE:* U.S. Dep't of Justice, Federal Bureau of Investigation, CRIME IN THE UNITED STATES: 2015, tbl. 5, available at https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-5 (last visited June 6, 2016). Data from 2015 was used because a complete set of data from 2016 is not yet available.