# United States Court of Appeals
## For the First Circuit

No. 17-1806

UNITED STATES OF AMERICA,

Appellee,

v.

FRANCISCO SEVERINO-PACHECO,

Defendant, Appellant.

**JUDGMENT**

Entered: December 18, 2018

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Francisco Severino-Pacheco's sentence is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mauricio Hernandez Arroyo
Francisco Severino-Pacheco
Julia Meconiates
Mariana E. Bauza Almonte
Jonathan L. Gottfried